# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# LINKEDIN

**Reg. No. 4,023,512**  
**Registered Sep. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)  
2029 STIERLIN COURT  
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SOFTWARE FOR THE COLLECTION, EDITING, ORGANIZING, MODIFYING, BOOKMARKING, TRANSMISSION, STORAGE AND SHARING OF DATA AND INFORMATION IN THE FIELDS OF BUSINESS AND SOCIAL NETWORKING, EMPLOYMENT, CAREERS AND RECRUITING; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWSLETTERS, RESEARCH REPORTS, ARTICLES AND WHITE PAPERS ON TOPICS OF PROFESSIONAL INTEREST, ALL IN THE FIELDS OF BUSINESS AND SOCIAL NETWORKING, RECRUITING AND EMPLOYMENT, AND PERSONAL AND CAREER DEVELOPMENT; COMPUTER SOFTWARE DEVELOPMENT TOOLS FOR BUSINESS AND SOCIAL NETWORKING; COMPUTER SOFTWARE THAT PROVIDES WEB-BASED ACCESS TO APPLICATIONS AND SERVICES THROUGH A WEB-OPERATING SYSTEM OR PORTAL INTERFACE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2007; IN COMMERCE 4-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

SN 77-982,139, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

## Linked in

**Reg. No. 3,971,642**  
**Registered May 31, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)  
2029 STIERLIN COURT  
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SOFTWARE FOR THE COLLECTION, EDITING, ORGANIZING, MODI-FYING, BOOKMARKING, TRANSMISSION, STORAGE AND SHARING OF DATA AND INFORMATION IN THE FIELDS OF BUSINESS AND SOCIAL NETWORKING, EMPLOY-MENT, CAREERS AND RECRUITING; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWSLETTERS, RESEARCH REPORTS, ARTICLES AND WHITE PAPERS ON TOPICS OF PROFESSIONAL INTEREST, ALL IN THE FIELDS OF BUSINESS AND SOCIAL NETWORKING, RECRUITING AND EMPLOYMENT, AND PERSONAL AND CAREER DEVELOPMENT;COMPUTER SOFTWARE DEVELOPMENT TOOLS FOR BUSINESS AND SOCIAL NETWORKING; COMPUTER SOFTWARE THAT PROVIDES WEB-BASED ACCESS TO APPLICATIONS AND SERVICES THROUGH A WEB-OPERATING SYSTEM OR PORTAL INTERFACE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2007; IN COMMERCE 4-0-2007.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

THE MARK CONSISTS OF THE WORD "LINKED" NEXT TO A SQUARE WITH A SHADED BACKGROUND CONTAINING THE WORD "IN".

SN 77-981,734, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,023,511**
**Registered Sep. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SOFTWARE FOR THE COLLECTION, EDITING, ORGANIZING, MODIFYING, BOOKMARKING, TRANSMISSION, STORAGE AND SHARING OF DATA AND INFORMATION IN THE FIELDS OF BUSINESS AND SOCIAL NETWORKING, EMPLOYMENT, CAREERS AND RECRUITING; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWSLETTERS, RESEARCH REPORTS, ARTICLES AND WHITE PAPERS ON TOPICS OF PROFESSIONAL INTEREST, ALL IN THE FIELDS OF BUSINESS AND SOCIAL NETWORKING, RECRUITING AND EMPLOYMENT, AND PERSONAL AND CAREER DEVELOPMENT; COMPUTER SOFTWARE DEVELOPMENT TOOLS FOR BUSINESS AND SOCIAL NETWORKING; COMPUTER SOFTWARE THAT PROVIDES WEB-BASED ACCESS TO APPLICATIONS AND SERVICES THROUGH A WEB-OPERATING SYSTEM OR PORTAL INTERFACE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2007; IN COMMERCE 4-0-2007.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

THE MARK CONSISTS OF THE WORD "IN" SHOWN INSIDE A SQUARE WITH A SHADED BACKGROUND.

SN 77-982,133, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,023,513**
**Registered Sep. 6, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SOFTWARE FOR THE COLLECTION, EDITING, ORGANIZING, MODIFYING, BOOKMARKING, TRANSMISSION, STORAGE AND SHARING OF DATA AND INFORMATION IN THE FIELDS OF BUSINESS AND SOCIAL NETWORKING, EMPLOYMENT, CAREERS AND RECRUITING; DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF NEWSLETTERS, RESEARCH REPORTS, ARTICLES AND WHITE PAPERS ON TOPICS OF PROFESSIONAL INTEREST, ALL IN THE FIELDS OF BUSINESS AND SOCIAL NETWORKING, RECRUITING AND EMPLOYMENT, AND PERSONAL AND CAREER DEVELOPMENT; COMPUTER SOFTWARE DEVELOPMENT TOOLS FOR BUSINESS AND SOCIAL NETWORKING; COMPUTER SOFTWARE THAT PROVIDES WEB-BASED ACCESS TO APPLICATIONS AND SERVICES THROUGH A WEB-OPERATING SYSTEM OR PORTAL INTERFACE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2007; IN COMMERCE 4-0-2007.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

THE COLOR(S) BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "IN" SHOWN IN WHITE LETTERS INSIDE A BLUE SQUARE.

SN 77-982,142, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office