# EXHIBIT B



# LINKEDIN

**Reg. No. 3,963,244**
**Registered May 17, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING GOODS AND SERVICES FOR BUSINESSES; PROVIDING AN ONLINE SEARCHABLE DATABASE FEATURING EMPLOYMENT AND CAREER OPPORTUNITIES AND BUSINESS, EMPLOYMENT AND PROFESSIONAL QUERIES AND ANSWERS; JOB PLACEMENT SERVICES, HUMAN RESOURCES CONSULTING SERVICES; BUSINESS RESEARCH AND SURVEY SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA A GLOBAL COMPUTER NETWORK; ADVERTISING, MARKETING AND PROMOTIONAL SERVICES RELATED TO ALL INDUSTRIES FOR THE PURPOSE OF FACILITATING NETWORKING AND SOCIALIZING OPPORTUNITIES FOR BUSINESS PURPOSES; CHARITABLE SERVICES, NAMELY, PROMOTING PUBLIC AWARENESS ABOUT COMMUNITY SERVICE; PROVIDING ONLINE CAREER NETWORKING SERVICES AND INFORMATION IN THE FIELDS OF EMPLOYMENT, RECRUITMENT, JOB RESOURCES, AND JOB LISTINGS; PERSONNEL RECRUITMENT AND PLACEMENT SERVICES; ELECTRONIC COMMERCE SERVICES, NAMELY, PROVIDING INFORMATION ABOUT PRODUCTS AND SERVICES VIA TELECOMMUNICATION NETWORKS FOR ADVERTISING AND SALES PURPOSES; PROVIDING NETWORKING OPPORTUNITIES FOR INDIVIDUALS SEEKING EMPLOYMENT; ON-LINE PROFESSIONAL NETWORKING OPPORTUNITIES; PROVIDING ONLINE COMPUTER DATABASES AND ONLINE SEARCHABLE DATABASES IN THE FIELDS OF BUSINESS AND PROFESSIONAL NETWORKING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-2008; IN COMMERCE 7-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

SN 77-981,606, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY





Director of the United States Patent and Trademark Office

# UNITED STATES OF AMERICA
## United States Patent and Trademark Office



**Reg. No. 3,959,413**
**Registered May 10, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING GOODS AND SERVICES FOR BUSINESSES; PROVIDING AN ONLINE SEARCHABLE DATABASE FEATURING EMPLOYMENT AND CAREER OPPORTUNITIES AND BUSINESS, EMPLOYMENT AND PROFESSIONAL QUERIES AND ANSWERS; JOB PLACEMENT SERVICES, HUMAN RESOURCES CONSULTING SERVICES; BUSINESS RESEARCH AND SURVEY SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA A GLOBAL COMPUTER NETWORK; ADVERTISING, MARKETING AND PROMOTIONAL SERVICES RELATED TO ALL INDUSTRIES FOR THE PURPOSE OF FACILITATING NETWORKING AND SOCIALIZING OPPORTUNITIES FOR BUSINESS PURPOSES; CHARITABLE SERVICES, NAMELY, PROMOTING PUBLIC AWARENESS ABOUT COMMUNITY SERVICE; PROVIDING ONLINE CAREER NETWORKING SERVICES AND INFORMATION IN THE FIELDS OF EMPLOYMENT, RECRUITMENT, JOB RESOURCES, AND JOB LISTINGS; PERSONNEL RECRUITMENT AND PLACEMENT SERVICES; ELECTRONIC COMMERCE SERVICES, NAMELY, PROVIDING INFORMATION ABOUT PRODUCTS AND SERVICES VIA TELECOMMUNICATION NETWORKS FOR ADVERTISING AND SALES PURPOSES; PROVIDING NETWORKING OPPORTUNITIES FOR INDIVIDUALS SEEKING EMPLOYMENT; ON-LINE PROFESSIONAL NETWORKING OPPORTUNITIES; PROVIDING ONLINE COMPUTER DATABASES AND ONLINE SEARCHABLE DATABASES IN THE FIELDS OF BUSINESS AND PROFESSIONAL NETWORKING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-2008; IN COMMERCE 7-0-2008.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

THE MARK CONSISTS OF THE WORD "LINKED" NEXT TO A SQUARE WITH A SHADED BACKGROUND CONTAINING THE WORD "IN".

SN 77-981,556, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,959,419**
**Registered May 10, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**



LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING GOODS AND SERVICES FOR BUSINESSES; PROVIDING AN ONLINE SEARCHABLE DATABASE FEATURING EMPLOYMENT AND CAREER OPPORTUNITIES AND BUSINESS, EMPLOYMENT AND PROFESSIONAL QUERIES AND ANSWERS; JOB PLACEMENT SERVICES, HUMAN RESOURCES CONSULTING SERVICES; BUSINESS RESEARCH AND SURVEY SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA A GLOBAL COMPUTER NETWORK; ADVERTISING, MARKETING AND PROMOTIONAL SERVICES RELATED TO ALL INDUSTRIES FOR THE PURPOSE OF FACILITATING NETWORKING AND SOCIALIZING OPPORTUNITIES FOR BUSINESS PURPOSES; CHARITABLE SERVICES, NAMELY, PROMOTING PUBLIC AWARENESS ABOUT COMMUNITY SERVICE; PROVIDING ONLINE CAREER NETWORKING SERVICES AND INFORMATION IN THE FIELDS OF EMPLOYMENT, RECRUITMENT, JOB RESOURCES, AND JOB LISTINGS; PERSONNEL RECRUITMENT AND PLACEMENT SERVICES; ELECTRONIC COMMERCE SERVICES, NAMELY, PROVIDING INFORMATION ABOUT PRODUCTS AND SERVICES VIA TELECOMMUNICATION NETWORKS FOR ADVERTISING AND SALES PURPOSES; PROVIDING NETWORKING OPPORTUNITIES FOR INDIVIDUALS SEEKING EMPLOYMENT; ON-LINE PROFESSIONAL NETWORKING OPPORTUNITIES; PROVIDING ONLINE COMPUTER DATABASES AND ONLINE SEARCHABLE DATABASES IN THE FIELDS OF BUSINESS AND PROFESSIONAL NETWORKING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-2008; IN COMMERCE 7-0-2008.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

THE MARK CONSISTS OF THE WORD "IN" SHOWN INSIDE A SQUARE WITH A SHADED BACKGROUND.

SN 77-981,607, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY

*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,959,420**
**Registered May 10, 2011**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*
Director of the United States Patent and Trademark Office

LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING GOODS AND SERVICES FOR BUSINESSES; PROVIDING AN ONLINE SEARCHABLE DATABASE FEATURING EMPLOYMENT AND CAREER OPPORTUNITIES AND BUSINESS, EMPLOYMENT AND PROFESSIONAL QUERIES AND ANSWERS; JOB PLACEMENT SERVICES, HUMAN RESOURCES CONSULTING SERVICES; BUSINESS RESEARCH AND SURVEY SERVICES; PROMOTING THE GOODS AND SERVICES OF OTHERS VIA A GLOBAL COMPUTER NETWORK; ADVERTISING, MARKETING AND PROMOTIONAL SERVICES RELATED TO ALL INDUSTRIES FOR THE PURPOSE OF FACILITATING NETWORKING AND SOCIALIZING OPPORTUNITIES FOR BUSINESS PURPOSES; CHARITABLE SERVICES, NAMELY, PROMOTING PUBLIC AWARENESS ABOUT COMMUNITY SERVICE; PROVIDING ONLINE CAREER NETWORKING SERVICES AND INFORMATION IN THE FIELDS OF EMPLOYMENT, RECRUITMENT, JOB RESOURCES, AND JOB LISTINGS; PERSONNEL RECRUITMENT AND PLACEMENT SERVICES; ELECTRONIC COMMERCE SERVICES, NAMELY, PROVIDING INFORMATION ABOUT PRODUCTS AND SERVICES VIA TELECOMMUNICATION NETWORKS FOR ADVERTISING AND SALES PURPOSES; PROVIDING NETWORKING OPPORTUNITIES FOR INDIVIDUALS SEEKING EMPLOYMENT; ON-LINE PROFESSIONAL NETWORKING OPPORTUNITIES; PROVIDING ONLINE COMPUTER DATABASES AND ONLINE SEARCHABLE DATABASES IN THE FIELDS OF BUSINESS AND PROFESSIONAL NETWORKING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-2008; IN COMMERCE 7-0-2008.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

THE COLOR(S) BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "IN" SHOWN IN WHITE LETTERS INSIDE A BLUE SQUARE.