# EXHIBIT C

# United States of America

## United States Patent and Trademark Office

# LINKEDIN

**Reg. No. 3,967,561**

**Registered May 24, 2011**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SERVICES, NAMELY, HOSTING ELECTRONIC FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING MEETINGS, EVENTS AND INTERACTIVE DISCUSSIONS VIA THE INTERNET; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO ORGANIZE GROUPS, EVENTS, PARTICIPATE IN DISCUSSIONS, SHARE INFORMATION AND RESOURCES, AND ENGAGE IN SOCIAL, BUSINESS AND COMMUNITY NETWORKING; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR ALLOWING WEB SITE USERS TO COMMUNICATE INFORMATION OF GENERAL INTEREST FOR PURPOSES OF SOCIAL, BUSINESS AND COMMUNITY NETWORKING, MARKETING, RECRUITMENT AND EMPLOYMENT; PROVIDING A WEBSITE FEATURING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE ENABLING USERS TO SEARCH, LOCATE AND COMMUNICATE WITH OTHERS VIA ELECTRONIC COMMUNICATIONS NETWORKS TO NETWORK, CONDUCT SURVEYS, TRACK ONLINE REFERENCE TO JOB OPPORTUNITIES AND BUSINESS TOPICS; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES, AUDIO AND IMAGES; SCIENTIFIC AND INDUSTRIAL RESEARCH IN THE FIELDS OF BUSINESS AND ONLINE SOCIAL NETWORKING; PROVIDING A WEB SITE FEATURING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE ALLOWING WEB SITE USERS TO POST AND DISPLAY ONLINE VIDEOS AND PHOTOS FOR SHARING WITH OTHERS FOR ENTERTAINMENT PURPOSES; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO PARTICIPATE IN DISCUSSIONS, GET FEEDBACK FROM THEIR PEERS, FORM VIRTUAL COMMUNITIES, AND ENGAGE IN SOCIAL NETWORKING FEATURING SOCIAL MEDIA INCLUDING PHOTOS, AUDIO AND VIDEO CONTENT ON GENERAL TOPICS OF SOCIAL INTEREST, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-0-2008; IN COMMERCE 7-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

SN 77-981,731, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

**Linked in**

**Reg. No. 3,979,174**

**Registered June 14, 2011**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SERVICES, NAMELY, HOSTING ELECTRONIC FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING MEETINGS, EVENTS AND INTERACTIVE DIS-CUSSIONS VIA THE INTERNET; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO ORGANIZE GROUPS, EVENTS, PARTI-CIPATE IN DISCUSSIONS, SHARE INFORMATION AND RESOURCES, AND ENGAGE IN SOCIAL, BUSINESS AND COMMUNITY NETWORKING; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR ALLOWING WEB SITE USERS TO COMMUNICATE INFORMATION OF GENERAL INTEREST FOR PURPOSES OF SOCIAL, BUSINESS AND COMMUNITY NETWORKING, MARKETING, RECRUITMENT AND EM-PLOYMENT; PROVIDING A WEBSITE FEATURING TEMPORARY USE OF NON-DOWN-LOADABLE SOFTWARE ENABLING USERS TO SEARCH, LOCATE AND COMMUNICATE WITH OTHERS VIA ELECTRONIC COMMUNICATIONS NETWORKS TO NETWORK, CONDUCT SURVEYS, TRACK ONLINE REFERENCE TO JOB OPPORTUNITIES AND BUSINESS TOPICS; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES, AND IM-AGES; SCIENTIFIC AND INDUSTRIAL RESEARCH IN THE FIELDS OF BUSINESS AND ONLINE SOCIAL NETWORKING; PROVIDING A WEB SITE FEATURING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE ALLOWING WEB SITE USERS TO POST AND DISPLAY ONLINE VIDEOS AND PHOTOS FOR SHARING WITH OTHERS FOR EN-TERTAINMENT PURPOSES; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO PARTICIPATE IN DISCUSSIONS, GET FEEDBACK FROM THEIR PEERS, FORM VIRTUAL COMMUNITIES, AND ENGAGE IN SOCIAL NETWORKING FEATURING SOCIAL MEDIA INCLUDING PHOTOS, AUDIO AND VIDEO CONTENT ON GENERAL TOPICS OF SOCIAL INTEREST, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-0-2008; IN COMMERCE 7-0-2008.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

THE MARK CONSISTS OF THE WORD "LINKED" NEXT TO A SQUARE WITH A SHADED BACKGROUND CONTAINING THE WORD "IN".

SN 77-981,780, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,971,641**

**Registered May 31, 2011**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SERVICES, NAMELY, HOSTING ELECTRONIC FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING MEETINGS, EVENTS AND INTERACTIVE DISCUSSIONS VIA THE INTERNET; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO ORGANIZE GROUPS, EVENTS, PARTICIPATE IN DISCUSSIONS, SHARE INFORMATION AND RESOURCES, AND ENGAGE IN SOCIAL, BUSINESS AND COMMUNITY NETWORKING; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR ALLOWING WEB SITE USERS TO COMMUNICATE INFORMATION OF GENERAL INTEREST FOR PURPOSES OF SOCIAL, BUSINESS AND COMMUNITY NETWORKING, MARKETING, RECRUITMENT AND EMPLOYMENT; PROVIDING A WEBSITE FEATURING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE ENABLING USERS TO SEARCH, LOCATE AND COMMUNICATE WITH OTHERS VIA ELECTRONIC COMMUNICATIONS NETWORKS TO NETWORK, CONDUCT SURVEYS, TRACK ONLINE REFERENCE TO JOB OPPORTUNITIES AND BUSINESS TOPICS; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES, AND IMAGES; SCIENTIFIC AND INDUSTRIAL RESEARCH IN THE FIELDS OF BUSINESS AND ONLINE SOCIAL NETWORKING; PROVIDING A WEB SITE FEATURING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE ALLOWING WEB SITE USERS TO POST AND DISPLAY ONLINE VIDEOS AND PHOTOS FOR SHARING WITH OTHERS FOR ENTERTAINMENT PURPOSES; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO PARTICIPATE IN DISCUSSIONS, GET FEEDBACK FROM THEIR PEERS, FORM VIRTUAL COMMUNITIES, AND ENGAGE IN SOCIAL NETWORKING FEATURING SOCIAL MEDIA INCLUDING PHOTOS, AUDIO AND VIDEO CONTENT ON GENERAL TOPICS OF SOCIAL INTEREST, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-0-2008; IN COMMERCE 7-0-2008.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

THE MARK CONSISTS OF THE WORD "IN" SHOWN INSIDE A SQUARE WITH A SHADED BACKGROUND.

SN 77-981,733, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,971,640**

**Registered May 31, 2011**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

LINKEDIN CORPORATION (DELAWARE CORPORATION)
2029 STIERLIN COURT
MOUNTAIN VIEW, CA 94043

FOR: COMPUTER SERVICES, NAMELY, HOSTING ELECTRONIC FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING MEETINGS, EVENTS AND INTERACTIVE DIS-CUSSIONS VIA THE INTERNET; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO ORGANIZE GROUPS, EVENTS, PARTI-CIPATE IN DISCUSSIONS, SHARE INFORMATION AND RESOURCES, AND ENGAGE IN SOCIAL, BUSINESS AND COMMUNITY NETWORKING; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE FOR ALLOWING WEB SITE USERS TO COMMUNICATE INFORMATION OF GENERAL INTEREST FOR PURPOSES OF SOCIAL, BUSINESS AND COMMUNITY NETWORKING, MARKETING, RECRUITMENT AND EM-PLOYMENT; PROVIDING A WEBSITE FEATURING TEMPORARY USE OF NON-DOWN-LOADABLE SOFTWARE ENABLING USERS TO SEARCH, LOCATE AND COMMUNICATE WITH OTHERS VIA ELECTRONIC COMMUNICATIONS NETWORKS TO NETWORK, CONDUCT SURVEYS, TRACK ONLINE REFERENCE TO JOB OPPORTUNITIES AND BUSINESS TOPICS; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES, AND IM-AGES; SCIENTIFIC AND INDUSTRIAL RESEARCH IN THE FIELDS OF BUSINESS AND ONLINE SOCIAL NETWORKING; PROVIDING A WEB SITE FEATURING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE ALLOWING WEB SITE USERS TO POST AND DISPLAY ONLINE VIDEOS AND PHOTOS FOR SHARING WITH OTHERS FOR EN-TERTAINMENT PURPOSES; COMPUTER SERVICES, NAMELY, CREATING AN ON-LINE COMMUNITY FOR REGISTERED USERS TO PARTICIPATE IN DISCUSSIONS, GET FEEDBACK FROM THEIR PEERS, FORM VIRTUAL COMMUNITIES, AND ENGAGE IN SOCIAL NETWORKING FEATURING SOCIAL MEDIA INCLUDING PHOTOS, AUDIO AND VIDEO CONTENT ON GENERAL TOPICS OF SOCIAL INTEREST, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-0-2008; IN COMMERCE 7-0-2008.

OWNER OF U.S. REG. NOS. 3,074,241, 3,074,242, AND 3,303,349.

THE COLOR(S) BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "IN" SHOWN IN WHITE LETTERS INSIDE A BLUE SQUARE.

SN 77-981,732, FILED 7-16-2009.

BERYL GARDNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office