| | |
|---|---|
| **MUNGER, TOLLES & OLSON, LLP**<br>Jonathan H. Blavin (SBN 230269)<br>jonathan.blavin@mto.com<br>Nicholas D. Fram (SBN 288293)<br>Nicholas.Fram@mto.com<br>Cordell A. Brown (SBN 356447)<br>Cordell.Brown@mto.com<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>*Attorneys for Plaintiff*<br>LinkedIn Corporation | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Hope D. Skibitsky (*Pro Hac Vice*)<br>hopeskibitsky@quinnemanuel.com<br>295 5th Avenue, 9th Floor<br>New York, New York 10016<br>Telephone: (415) 875-6331<br>Facsimile: (415) 875-6700<br><br>Victoria B. Parker (Bar No. 290862)<br>vickiparker@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Defendants*<br>ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| LinkedIn Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam,<br><br>        Defendants. | Case No. 3:25-cv-08393-PCP<br><br>**STIPULATION AND PROPOSED ORDER ENLARGING TIME TO RESPOND TO COMPLAINT**<br><br>Trial Date:      None Set |

Plaintiff LinkedIn Corporation ("Plaintiff"), and Defendants ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam, (collectively, "Defendants"), through their respective attorneys, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on October 2, 2025 (ECF No. 1);

WHEREAS, Plaintiff sent Defendants a request to waive service on October 13, 2025;

WHEREAS, Defendants executed and returned the request to waive service, which set the deadline for Defendants to respond to the Complaint as December 12, 2025;

WHEREAS, the parties are exploring whether early resolution of this action is possible;

WHEREAS, the parties have not sought any prior extensions; and

WHEREAS, the proposed extension "will not alter the date of any event or any deadline already fixed by Court order" under Civil Local Rule 6-1(a).

NOW THEREFORE, Plaintiff and Defendants hereby agree and stipulate as follows:

1. The deadline for Defendants to respond to the complaint is extended to January 12, 2026.

2. This extension is granted without prejudice to further extensions that may be agreed to among the parties.

**IT IS SO STIPULATED.**

DATED:  December 8, 2025                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By      /s/ *Hope Skibitsky*
          Hope D. Skibitsky
          *Attorneys for Defendants*

1  DATED:  December 8, 2025                MUNGER, TOLLES & OLSON

3                                          By    /s/ Nicholas D. Fram
                                                Nicholas D. Fram
4                                               *Attorneys for Plaintiff*

**ECF ATTESTATION**

I, Hope D. Skibitsky, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

/s/ *Hope Skibitsky*
Hope D. Skibitsky