| | |
|---|---|
| **MUNGER, TOLLES & OLSON, LLP**<br>Jonathan H. Blavin (SBN 230269)<br>jonathan.blavin@mto.com<br>Nicholas D. Fram (SBN 288293)<br>Nicholas.Fram@mto.com<br>Cordell A. Brown (SBN 356447)<br>Cordell.Brown@mto.com<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>*Attorneys for Plaintiff*<br>LinkedIn Corporation | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Hope D. Skibitsky (*Pro Hac Vice*)<br>hopeskibitsky@quinnemanuel.com<br>295 5th Avenue, 9th Floor<br>New York, New York 10016<br>Telephone: (415) 875-6331<br>Facsimile: (415) 875-6700<br><br>Victoria B. Parker (Bar No. 290862)<br>vickiparker@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Defendants*<br>ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE COURTHOUSE

| | |
|---|---|
| LinkedIn Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam,<br><br>　　　　Defendants. | Case No. 5:25-cv-08393-PCP<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER ENLARGING TIME TO RESPOND TO COMPLAINT AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date:　　　None Set |

Plaintiff LinkedIn Corporation ("Plaintiff"), and Defendants ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam, (collectively, "Defendants"), through their respective attorneys, stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation:

WHEREAS, Plaintiff filed the Complaint on October 2, 2025 (ECF No. 1);

WHEREAS, Plaintiff sent Defendants a request to waive service on October 13, 2025;

WHEREAS, Defendants executed and returned the request to waive service, which set the deadline for Defendants to respond to the Complaint as December 12, 2025;

WHEREAS, on December 8, 2025, in order to explore whether early resolution of this action was possible, the parties stipulated to enlarge time to respond to the Complaint to January 12, 2026 (ECF No. 20);

WHEREAS, the parties are currently engaged in settlement discussions and have made progress in the past two weeks;

WHEREAS, the parties request an additional extension of time to respond to Complaint to January 30, 2026;

WHEREAS, the parties agree that the Initial Case Management Conference would be most effective if held after Defendants file their response to the Complaint, if the case does not settle in the near term; and

WHEREAS, the parties request that the Initial Case Management Conference, currently set for January 29, 2026, at 1:00 p.m., be continued at least 30 days.

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, subject to approval by the Court, that:

1. The deadline for Defendants to respond to the Complaint is extended to January 30, 2026.

2. The Initial Case Management Conference is continued to March 5, 2026, or to a later date convenient for the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: January 9, 2026 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By  /s/*Hope D. Skibitsky* |
| 4 | | Hope D. Skibitsky |
| 5 | | *Attorneys for Defendants* |
| 6 | DATED: January 9, 2026 | MUNGER, TOLLES & OLSON |
| 7 | | |
| 8 | | By  */s/ Nicholas D. Fram* |
| 9 | | Nicholas D. Fram |
| | | *Attorneys for Plaintiff* |

**ECF ATTESTATION**

I, Hope D. Skibitsky, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

                                                             /s/*Hope D. Skibitsky*
                                                             Hope D. Skibitsky

## [PROPOSED] ORDER

Upon consideration of the Stipulation Enlarging Time to Respond to Complaint and to Continue the Case Management Conference filed by Plaintiff LinkedIn Corporation ("Plaintiff") and Defendants ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam ("Defendants") (collectively, the "Parties") and good cause appearing therefor, the Court hereby GRANTS THE STIPULATION AND ORDERS AS FOLLOWS:

1. Defendants' deadline to respond to the Complaint is extended to January 30, 2026.

2. The Initial Case Management Conference is continued to ~~March 5, 2026, at 1:00 p.m.~~ or April 9, 2026, at 1:00 pm.

**IT IS SO ORDERED.**

DATED: January 12, 2026

Hon. P. Casey Pitts
U.S. District Judge