| | |
|---|---|
| **MUNGER, TOLLES & OLSON, LLP**<br>Jonathan H. Blavin (SBN 230269)<br>jonathan.blavin@mto.com<br>Nicholas D. Fram (SBN 288293)<br>Nicholas.Fram@mto.com<br>Cordell A. Brown (SBN 356447)<br>Cordell.Brown@mto.com<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>*Attorneys for Plaintiff*<br>LinkedIn Corporation | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Hope D. Skibitsky (*Pro Hac Vice*)<br>hopeskibitsky@quinnemanuel.com<br>295 5th Avenue, 9th Floor<br>New York, New York 10016<br>Telephone: (415) 875-6331<br>Facsimile: (415) 875-6700<br><br>Victoria B. Parker (Bar No. 290862)<br>vickiparker@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Defendants*<br>ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE COURTHOUSE

| | |
|---|---|
| LinkedIn Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam,<br><br>    Defendants. | Case No. 5:25-cv-08393-PCP<br><br>**THIRD STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT**<br><br>Trial Date:    None Set |

Plaintiff LinkedIn Corporation ("Plaintiff"), and Defendants ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam, (collectively, "Defendants"), through their respective attorneys, stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation:

WHEREAS, Plaintiff filed the Complaint on October 2, 2025 (ECF No. 1);

WHEREAS, Plaintiff sent Defendants a request to waive service on October 13, 2025;

WHEREAS, Defendants executed and returned the request to waive service, which set the deadline for Defendants to respond to the Complaint as December 12, 2025;

WHEREAS, on December 8, 2025, in order to explore whether early resolution of this action was possible, the parties stipulated to enlarge time to respond to the Complaint to January 12, 2026 (ECF No. 20);

WHEREAS, on January 9, 2026, pursuant to a joint request of the parties, this Court granted the parties' further stipulation to enlarge time for Defendants to respond to the Complaint to January 30, 2026, and ordered the Initial Case Management Conference continued to April 9, 2026;

WHEREAS, the parties continue to engage in settlement discussions;

WHEREAS, the stipulated deadline of January 30, 2026, though approved by this Court, is "an initial response to the complaint" for which Civil Local Rule 6-1(b) permits extension of deadline without court order.

NOW THEREFORE, Plaintiff and Defendants hereby agree and stipulate as follows:

1. The deadline for Defendants to respond to the complaint is extended to February 6, 2026.

2. This extension is granted without prejudice to further extensions that may be agreed to among the parties.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: January 29, 2026 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By    /s/ *Hope D. Skibitsky* |
| 4 | | Hope D. Skibitsky |
| | | *Attorneys for Defendants* |
| 5 | | |
| 6 | DATED: January 29, 2026 | MUNGER, TOLLES & OLSON |
| 7 | | |
| 8 | | By    /s/ *Nicholas D. Fram* |
| | | Nicholas D. Fram |
| 9 | | *Attorneys for Plaintiff* |

**ECF ATTESTATION**

I, Hope D. Skibitsky, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

           /s/ *Hope D. Skibitsky*
           Hope D. Skibitsky