| | |
|---|---|
| **MUNGER, TOLLES & OLSON, LLP**<br>Jonathan H. Blavin (SBN 230269)<br>jonathan.blavin@mto.com<br>Nicholas D. Fram (SBN 288293)<br>Nicholas.Fram@mto.com<br>Cordell A. Brown (SBN 356447)<br>Cordell.Brown@mto.com<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>*Attorneys for Plaintiff*<br>LinkedIn Corporation | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>Hope D. Skibitsky (*Pro Hac Vice*)<br>hopeskibitsky@quinnemanuel.com<br>295 5th Avenue, 9th Floor<br>New York, New York 10016<br>Telephone: (415) 875-6331<br>Facsimile: (415) 875-6700<br><br>Victoria B. Parker (Bar No. 290862)<br>vickiparker@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>*Attorneys for Defendants*<br>ProAPIs Inc., Netswift (SMC-Private)<br>Limited, and Rehmat Alam |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE COURTHOUSE

| | |
|---|---|
| LinkedIn Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ProAPIs Inc., Netswift (SMC-Private)<br>Limited, and Rehmat Alam,<br><br>  Defendants. | Case No. 5:25-cv-08393-PCP<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER TO STAY PROCEEDINGS**<br><br>Trial Date:        None Set |

1   Plaintiff LinkedIn Corporation ("Plaintiff"), and Defendants ProAPIs Inc., Netswift (SMC-
2   Private) Limited, and Rehmat Alam, (collectively, "Defendants"), through their respective
3   attorneys, stipulate and agree as follows and jointly request that the Court enter the below Order
4   approving this stipulation:
5       WHEREAS, Plaintiff filed the Complaint on October 2, 2025 (ECF No. 1);
6       WHEREAS, Plaintiff sent Defendants a request to waive service on October 13, 2025;
7       WHEREAS, Defendants executed and returned the request to waive service, which set the
8   deadline for Defendants to respond to the Complaint as December 12, 2025;
9       WHEREAS, on December 8, 2025, in order to explore whether early resolution of this
10  action was possible, the parties stipulated to enlarge time to respond to the Complaint to January
11  12, 2026 (ECF No. 20);
12      WHEREAS, on January 9, 2026, pursuant to a joint request of the parties, this Court
13  granted the parties' further stipulation to enlarge time for Defendants to respond to the Complaint
14  to January 30, 2026, and ordered the Initial Case Management Conference continued to April 9,
15  2026;
16      WHEREAS, on January 29, 2026, in order to continue settlement discussions, the parties
17  stipulated to enlarge time to respond to the Complaint to February 6, 2026 (ECF No. 23);
18      WHEREAS, the parties have reached an agreement in principle to resolve any disputes
19  between them, relating to or arising in connection with the issues in this litigation, and are close to
20  memorializing their agreement in principle in a written agreement (the "Settlement Agreement");
21      WHEREAS, the Settlement Agreement contemplates that the Parties will take certain steps
22  before submitting a stipulated judgment to the Court to resolve this action;
23      WHEREAS, pursuant to the Settlement Agreement and in order to conserve resources, the
24  parties agree to stay the proceedings, including Defendants' obligation to respond to the
25  Complaint, and vacate all pending deadlines and hearings, including the April 9, 2026 Case
26  Management Conference, pending completion of the steps that the Settlement Agreement requires
27  the Parties to take before entry of judgment in this case;
28

NOW THEREFORE, Plaintiff and Defendants hereby agree and stipulate as follows:

1. The proceedings in the above-captioned matter, including Defendants' obligation to respond to the Complaint, shall be stayed pending completion of the steps that the Settlement Agreement requires the Parties to take before entry of judgment in this case.

2. All pending deadlines and hearings, including the April 9, 2026 Case Management Conference shall be vacated.

**IT IS SO STIPULATED.**

DATED: February 6, 2026    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    /s/*Hope D. Skibitsky*
Hope D. Skibitsky
*Attorneys for Defendants*

DATED: February 6, 2026    MUNGER, TOLLES & OLSON

By    */s/ Nicholas D. Fram*
Nicholas D. Fram
*Attorneys for Plaintiff*

**ECF ATTESTATION**

I, Hope D. Skibitsky, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

                                              /s/*Hope D. Skibitsky*
                                              Hope D. Skibitsky

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation to Stay filed by Plaintiff LinkedIn Corporation ("Plaintiff") and Defendants ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam ("Defendants") (collectively, the "Parties") and good cause appearing therefor, the Court hereby GRANTS THE STIPULATION AND ORDERS AS FOLLOWS:

1. The proceedings in the above-captioned matter, including Defendants' obligation to respond to the Complaint, are STAYED pending completion of the steps that the Settlement Agreement requires the Parties to take before entry of judgment in this case.

2. All pending deadlines and hearings, including the April 9, 2026 Case Management Conference are VACATED.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. P. Casey Pitts
U.S. District Judge