**MUNGER, TOLLES & OLSON, LLP**
Jonathan H. Blavin (SBN 230269)
jonathan.blavin@mto.com
Nicholas D. Fram (SBN 288293)
Nicholas.Fram@mto.com
Cordell A. Brown (SBN 356447)
Cordell.Brown@mto.com
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Plaintiff*
LinkedIn Corporation

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Hope D. Skibitsky (*Pro Hac Vice*)
hopeskibitsky@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (415) 875-6331
Facsimile: (415) 875-6700

Victoria B. Parker (Bar No. 290862)
vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*
ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE COURTHOUSE**

LinkedIn Corporation,

Plaintiff,

v.

ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam,

Defendants.

Case No. 5:25-cv-08393-PCP

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

Trial Date: None Set

Plaintiff LinkedIn Corporation ("Plaintiff"), and Defendants ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam, (collectively, "Defendants"), through their respective attorneys, stipulate and agree as follows and jointly request that the Court enter the below Order approving this stipulation:

WHEREAS, Plaintiff filed the Complaint on October 2, 2025 (ECF No. 1);

WHEREAS, Plaintiff sent Defendants a request to waive service on October 13, 2025;

WHEREAS, Defendants executed and returned the request to waive service, which set the deadline for Defendants to respond to the Complaint as December 12, 2025;

WHEREAS, on December 8, 2025, in order to explore whether early resolution of this action was possible, the parties stipulated to enlarge time to respond to the Complaint to January 12, 2026 (ECF No. 20);

WHEREAS, on January 9, 2026, pursuant to a joint request of the parties, this Court granted the parties' further stipulation to enlarge time for Defendants to respond to the Complaint to January 30, 2026, and ordered the Initial Case Management Conference continued to April 9, 2026;

WHEREAS, on January 29, 2026, in order to continue settlement discussions, the parties stipulated to enlarge time to respond to the Complaint to February 6, 2026 (ECF No. 23);

WHEREAS, the parties reached an agreement in principle to resolve any disputes between them, relating to or arising in connection with the issues in this litigation, and are close to memorializing their agreement in principle in a written agreement (the "Settlement Agreement");

WHEREAS, the Settlement Agreement contemplates that the Parties will take certain steps before submitting a stipulated judgment to the Court to resolve this action;

WHEREAS, on February 9, 2026, pursuant to stipulation, the Court stayed Defendants' obligation to respond to the Complaint and continued the initial case management conference to August 20, 2026 (ECF No. 26);

WHEREAS, on August 17, 2026, pursuant to stipulation, the Court continued the initial case management conference to September 10, 2026 (ECF No. 32);

WHEREAS, Defendants have several final steps to complete pursuant to the Settlement

Agreement which, if Defendants complete them timely, will be completed on or before September 17, 2026;

WHEREAS, should Defendants timely and fully complete the final steps required by the Settlement Agreement, Plaintiff will file a stipulated judgment in this action on or before September 24, 2026, resolving this action in its entirety;

NOW THEREFORE, Plaintiff and Defendants hereby agree and stipulate as follows:

1. The stay in ECF No. 26 remains in effect.

2. The status conference set for September 10, 2026, at 2:00 p.m., is continued to October 1, 2026, at 2:00 p.m. with a joint status update due seven days in advance.

**IT IS SO STIPULATED.**

DATED: September 3, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/*Hope D. Skibitsky*
Hope D. Skibitsky
*Attorneys for Defendants*

DATED: September 3, 2026

MUNGER, TOLLES & OLSON

By */s/ Nicholas D. Fram*
Nicholas D. Fram
*Attorneys for Plaintiff*

## ECF ATTESTATION

I, Nicholas D. Fram, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

/s/*Nicholas D. Fram*
Nicholas D. Fram

# [PROPOSED] ORDER

Upon consideration of the Joint Stipulation to Stay filed by Plaintiff LinkedIn Corporation ("Plaintiff") and Defendants ProAPIs Inc., Netswift (SMC-Private) Limited, and Rehmat Alam ("Defendants") (collectively, the "Parties") and good cause appearing therefor, the Court hereby GRANTS THE STIPULATION AND ORDERS AS FOLLOWS:

1. The stay in ECF No. 26 remains in effect.

2. The status conference set for September 10, 2026, at 2:00 p.m., is continued to October 1, 2026, at 2:00 p.m. with a joint status update due seven days in advance.

**IT IS SO ORDERED.**

DATED: __________________, 2026

Hon. P. Casey Pitts
U.S. District Judge